Barbara LANGSTON, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 04–3068.

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Barbara Langston, of Counsel, West Point, UT, for Petitioner.

Michael F. Bahler, Principal Attorney, Bryant G. Snee, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Artemio S. GARCIA, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 04–3251.

United States Court of Appeals, Federal Circuit.

June 17, 2004.

Artemio S. Garcia, Of Counsel, Olongapo City, Philippines, pro se.

Douglas K. Mickle, Principal Attorney, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.